UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br><br>      Plaintiff<br><br> vs.<br><br>Clifford R. Morneau<br><br>      Defendant<br><br>United States of America through the Department of Treasury Internal Revenue Service<br>University Credit Union<br>TD Bank USA, NA<br>Maine Revenue Services<br>Scarlett Davis<br>United States of America through the Secretary of Housing & Urban Development<br><br>      Party-In-Interest | Civil Action No. 1:24-cv-00101-LEW |

**AFFIDAVIT OF SETH D. HARROW, ESQ.,
ATTORNEY OF PARTY-IN-INTEREST SCARLETT DAVIS**

 Seth D. Harrow, Esq., being duly sworn, deposes and says as follows:

 1. That he is the attorney of record for party-in-interest, Scarlett Davis, in the above-captioned action and has personal knowledge of the facts set forth in this affidavit.

 2. That Scarlett Davis is a party-in-interest to this action by virtue of a Writ of Execution recorded in the Penobscot County Registry of Deeds in Book 16702, Page 210 on December 05, 2022.

 3. That the amount currently due Scarlett Davis as of the date of this Affidavit, i.e., April 11, 2024 is $7,505.38, with a per diem rate of $1.18 per day.

4. That this affidavit is not being filed to contest the Plaintiff's right to foreclose as alleged in Plaintiff's Complaint, but is being filed to confirm the existence of Scarlett Davis described in Plaintiff's Complaint, to establish the amount due Scarlett Davis, and to request that her priority status be determined.

DATED: April 11, 2024

/s/ Seth D. Harrow, Esq.
Seth D. Harrow, Esq.
Bar #8313
Vafiades, Brountas & Kominsky, LLP
P.O. Box 919
Bangor, ME 04402-0919
(207) 947-6915
sdh@vbk.com
Attorney for Party-In-Interest
Scarlett Davis

STATE OF MAINE
Penobscot, ss.                                                                                  April 11, 2024

Personally appeared the above-named Seth D. Harrow, Esq., in his capacity as attorney for Scarlett Davis, and made oath that the allegations contained in this affidavit by him are true and are based upon personal knowledge.

Before me,

/s/ Lori A. Spellman
Lori A. Spellman
Notary Public - State of Maine
Commission Expires: 03/07/2026

F:\OMNI\SDH\clients\Davis, Scarlett\Morneau\Foreclosure\Affidavit of SDH.wpd

CERTIFICATE OF SERVICE

      I, Seth D. Harrow, Esq., hereby certify that on April 11, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

Reneau J. Longoria, Esq.
RJL@dgandl.com

Clifford R. Morneau
220 Pierce Road
Brewer, ME 04412-1808

Clifford R. Morneau
8 Riverview Terrace
Brewer, ME 04412-1808

Clifford R. Morneau
P.O. Box 479
Brewer, ME 04412

TD Bank USA, N.A.
2035 Limestone Road
Wilmington, DE 19808

University Credit Union
c/o Agent Gretchen L. Jones
167 Park Row #1
Brunswick, ME 04011

Maine Revenue Services
c/o Kaitlyn M. Husar, Esq.
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333

Internal Revenue Service
c/o Office of the US Attorney General
100 Middle Street
East Tower 6th Floor
Portland, ME 04101

Secretary of Housing & Urban Development
451 Seventh Street, SW
Washington, DC 20410

Secretary of Housing & Urban Development
c/o Darcie N. McElwee, US Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

University Credit Union
c/o Bruce B. Hochman, Esq.
Eaton Peabody
P.O. Box 15235
Portland, ME 04112

      /s/ Seth D. Harrow, Esq.
      Seth D. Harrow, Esq.
      Bar #8313
      Vafiades, Brountas & Kominsky, LLP
      P.O. Box 919
      Bangor, ME 04402-0919
      (207) 947-6915
      sdh@vbk.com
      Attorney for Party-In-Interest
      Scarlett Davis