# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **NewRez LLC d/b/a Shellpoint Mortgage, Servicing** | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:24-cv-00101-LEW |
| v. | ) ) | |
| **Clifford R. Morneau,** | ) ) | |
| Defendant(s), | ) ) | |
| **United States of America through the Department of Treasury Internal Revenue Services,** and **University Credit Union,** and **TD Bank USA, NA,** and **Scarlett Davis,** and **United States of America through the Secretary of Housing & Urban Development,** and **Maine Revenue Services,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Parties-In-Interest | ) | |

## Rule 7.1(a)(2) Disclosure Statement

Party-In-Interest, State of Maine, by and through its Department of Administrative and Financial Services and Agency Maine Revenue Services, has a primary address of 51 Commerce Drive, Augusta, Mane 04333.

Dated: April 25, 2024

/s/ Kaitlyn M. Husar
KAITLYN M. HUSAR, Bar No. 5614
Assistant Attorney General
State House Station #6
Augusta, Maine 04333
(207) 626-8800
Email: Litmrs.oag@maine.gov

*Attorney for Party-in-Interest*
*State of Maine, Maine Revenue Services*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Dated: April 25, 2024

*/s/ Kaitlyn M. Husar*
KAITLYN M. HUSAR, Bar No. 5614
Assistant Attorney General
State House Station #6
Augusta, Maine 04333
(207) 626-8800
Email: Litmrs.oag@maine.gov